UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 18 Cr. 00204

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **UNOPPOSED MOTION TO APPEAR *PRO HAC VICE* AT ARRAIGNMENT WITHOUT LOCAL COUNSEL PRESENT** |
| Plaintiff, | : | |
| | : | |
| DEMETRIUS SIMPSON, | : | |
| Defendant. | : | |

## ORDER

This matter having come before the Court by the Defendant's unopposed motion for permission to have *pro hac vice* defense counsel appear without the presence of local counsel at the arraignment hearing on November 5, 2018, it is hereby

ORDERED that attorney Sam Braverman, the attorney appearing *pro hac vice* for Demetrius Simpson, is hereby allowed to appear by himself and without the presence of local counsel at the arraignment hearing scheduled for November 5, 2018.

Dated: October **29**, 2018

HON. JAMES C. DEVER. III
United States District Judge